THE HONORABLE TANA LIN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>LASTPASS US LP, and DOES 1-10,<br><br>    Defendants. | Case No. 2:25-cv-01096-TL<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO TEMPORARILY STAY ALL CASE DEADLINES, INCLUDING TIME TO RESPOND TO COMPLAINT |

On this day, the Court considered Plaintiff's and Defendant's Joint Motion to Stay (the "Joint Motion"). Having considered the Joint Motion, and the pleadings on file in this matter, the Court concludes that the Joint Motion should be granted.

IT IS HEREBY ORDERED that the Joint Motion is **GRANTED** and that all case deadlines are stayed for ninety (90) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: October 7, 2025.

_____
The Honorable Judge Tana Lin

[PROPOSED] ORDER - 1
Case No.: 2:25-cv-01096-TL

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380

1 | Presented by:

2 | *s/ Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey, WSBA #59746
3 | 999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
4 | Tel: (206) 332-1380
5 | cbrandfieldharvey@bakerlaw.com

6 | *Attorney for Defendant LastPass US LP*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER - 2
Case No.: 2:25-cv-01096-TL

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Telephone: (206) 332-1380