THE HONORABLE TANA LIN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>LASTPASS US LP, and DOES 1-10,<br><br>Defendants. | Case No. 2:25-cv-01096-TL<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION TO EXTEND TEMPORARY STAY OF ALL CASE DEADLINES, INCLUDING TIME TO RESPOND TO COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: October 23, 2026** |



BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

This matter comes before the Court on the Joint Motion to Extend Temporary Stay of All Case Deadlines. Having reviewed the motion and for good cause shown, the Court hereby GRANTS the motion.

It is therefore **ORDERED** that this case is stayed for sixty days and Defendant LastPass US LP shall have until January 4, 2027 to respond to Plaintiff's Complaint.

**IT IS SO ORDERED THIS** 26th day of October, 2026.

THE HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

**BAKER & HOSTETLER LLP**

*s/ Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey, WSBA #59746
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Tel: (206) 332-1380
cbrandfieldharvey@bakerlaw.com

*Attorney for Defendant LastPass US LP*

**HYDE & SWIGART (CA)**

*s/ Joshua Swigart*
Joshua Brandon Swigart, WSBA No. 49422
2221 CAMINO DEL RIO S #101
SAN DIEGO, CA 92108
Phone: 619-233-7770
Fax: 619-297-1022
Email: josh@swigartlawgroup.com

**THE LAW OFFICE OF KEVIN LEMIEUX APC**

Akylah Cooper, WSBA No. 54108
2221 Camino Del Rio S, Ste 308
San Diego, CA 92108
Phone: 619-488-6767
Email: akylah@lawyerkevin.com

*Attorneys for Plaintiff John Doe*